STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant SALINA SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                   ) | No. CR 12 -00709 YGR |
|                 Plaintiff,        ) | |
|                                   ) | STIPULATION AND ORDER |
|        v.                         ) | CONTINUING SENTENCING DATE |
|                                   ) | [WITH MODIFIED DATE] |
|                                   ) | |
| SALINA SILVA,                     ) | |
|                                   ) | |
|                 Defendant.        ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing in this case with respect to Salina Silva, currently scheduled for Thursday, March 7, 2013, at 2:00 p.m. before Honorable Yvonne Gonzalez Rogers, may be continued to **Thursday, May 9, 2013**, **at 2:00 p.m.** for sentencing. The reason for the request is that government counsel is currently in trial and still in the process of reviewing the materials and determining what sentence it will be recommending. A continuance should allow the government to make it's recommendation and for the parties to file sentencing memorandums one week in advance of sentencing.

*U S v. Salena Silva,* CR 12-00709 YGR; stip.
to continue sentencing                                          - 1 -

Defense counsel has spoke to USPO John D. Woods and he is available should the Court continue sentencing to **May 9, 2013**.

DATED: 2/28/13                    /s/
                                  JOYCE LEAVITT
                                  Assistant Federal Public Defender

DATED: 2/28/13                    /s/
                                  RANDALL LUSKEY
                                  Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date, currently scheduled for Thursday, March 7, 2013, at 2:00 p.m., shall be continued to Thursday, **May 9, 2013, at 2:00 p.m.** before Honorable Yvonne Gonzalez Rogers for sentencing.

SO ORDERED.

DATED: March 6, 2013              _____
                                  HONORABLE YVONNE GONZALEZ ROGERS
                                  United States District Judge